UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cargo Protectors, Inc.,

Plaintiff,

vs.

American Lock Company,

Defendant.

Court File No. 00-CV-284 ADM/AJB

**STIPULATED MOTION FOR AN EXTENSION OF TIME TO ANSWER** and order

Whereas, the parties have agreed to extend the time for Defendant to answer the Complaint to March 13, 2000;

Whereas, the Stipulation does not affect Plaintiff's right to bring a motion for preliminary injunction prior to March 13, 2000.

NOW, THEREFORE, it is hereby stipulated as between the parties, subject to the approval of this Court, that the Defendants shall answer, object, move, or otherwise respond to Plaintiff's Complaint on or before March 13, 2000. This order in no way affects Plaintiff's right to bring a motion for preliminary injunction and in no way provides a defense to such a motion.

**PATTERSON & KEOUGH, P.A.**

Dated: February 25, 2000

By: ______________________

Randall T. Skaar (#165013)
Norman M. Abramson (#241982)
Eric. H. Chadwick (#248769)
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-5740
*ATTORNEYS FOR PLAINTIFF,*
*CARGO PROTECTORS, INC.*

FILED MAR 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**HILL & SIMPSON**

Dated: 2/25, 2000

By: [signature]

Michael S. Leonard
Sears Tower, 85th Floor
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-0200
*ATTORNEYS FOR DEFENDANT, AMERICAN LOCK COMPANY*

**IT IS SO ORDERED:**

Dated: 2/29, 2000

Arthur J. Boylan
U.S. District Court
Magistrate Judge