UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cargo Protectors, Inc.,

Plaintiff,

v.

American Lock Company,

Defendant.

Court File No. 00-CV-284 ADM/AB

STIPULATED DISMISSAL

Judge Ann Montgomery

## STIPULATED DISMISSAL

The parties having settled and compromised all matters and the Court being fully advised of the premises, the parties hereby stipulate that the Court may enter the following order:

IT IS HEREBY ORDERED THAT:

1. All claims in Plaintiff's complaint are dismissed with prejudice with each party to bear its own costs and attorneys' fees.
2. This Court retains jurisdiction of the parties and the subject matter for the purposes of enforcing the Confidential Settlement Agreement entered into between them.

ENTERED:

Date: October 17, 2000

By: [signature]
Ann Montgomery
United States District Court Judge

FILED OCT 17 2000
FRANCIS
JUDGMENT ENT'D
DEPUTY CLERK

**AGREED TO:**

**CARGO PROTECTORS, INC.**

Date: 10-13-00

By: ______________________

Randall T. Skaar
Norman M. Abramson
Eric H. Chadwick
**Patterson, Thuente & Skaar, P.A.**
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 349-5740
Fax: (612) 349-9266

Attorneys for Plaintiff

**AMERICAN LOCK COMPANY**

Date: 10-10-00

By: ______________________

Lewis T. Steadman, Jr.
**Holland & Knight, LLP.**
55 West Monroe Street, Suite 800
Chicago, IL 60606
Tel: (312) 578-6659
Fax: (312) 578-6666

Craig D. Diviney
Dean C. Eyler
**Dorsey & Whitney LLP**
220 South 6th Street
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-2868

Attorneys for Defendant